NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GAMECASTER, INC.,**
*Appellant,*

**v.**

**DREAMWORKS ANIMATION SKG, INC.,**
*Appellee.*

_____

2014-1380

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in reexamination No. 95/000,493.

_____

**JUDGMENT**

_____

PATRICK F. BRIGHT, Wagner, Anderson & Bright, P.C., of Glendale, California, argued for appellant.

CHARLES S. BARQUIST, Morrison & Foerster LLP, of Los Angeles, California, argued for appellee. On the brief were MARC A. HEARRON, of Washington, DC and CHRISTOPHER B. EIDE, of Palo Alto, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  January 8, 2015  | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |